# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-30376
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 11, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Richard Dean Hicks,

*Defendant—Appellant*.

———————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CR-137-1

———————————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.
Per Curiam:[*]

Richard Dean Hicks was convicted of one count of attempted sexual exploitation of a minor, one count of sex trafficking of a minor, one count of promotion and solicitation of child pornography, and five counts of attempted production of child pornography following a jury trial. He was

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

sentenced within the applicable guidelines range. On appeal, Hicks challenges the substantive reasonableness of his life imprisonment sentence.

This court reviews the substantive reasonableness of the sentence imposed for abuse of discretion. *Gall v. United States*, 552 U.S. 38, 51 (2007). Because his sentence was within a properly calculated guidelines range, it is presumed reasonable. *See id.*; *United States v. Fatani*, 125 F.4th 755, 761 (5th Cir. 2025).

The record shows that the district court weighed and considered the sentencing factors and Hicks's arguments for a lesser sentence. Ultimately, the district court was not persuaded by his arguments for a lower sentence, including his medical conditions and age. We conclude that the district court did not abuse its discretion. *See Gall*, 552 U.S. at 51; *United States v. Rodriguez*, 523 F.3d 519, 526 (5th Cir. 2008).

AFFIRMED.